NO. 12-09-00203-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




GEAUX CORPORATION,
§
 APPEAL FROM THE 7TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


MODERNFOLD DOOR & SPECIALTIES

OF DALLAS/FT. WORTH, INC.,
§
 SMITH COUNTY, TEXAS

APPELLEES






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to dismiss this appeal with prejudice. Because Appellant met
the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the
appeal is dismissed with prejudice. 

Opinion delivered September 2, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.









(PUBLISH)